IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              SCHEDULING ORDER

CHRISTIAN ERAZO VALDEZ,                         25-mj-148-amb

Defendant.

---

At the November 20, 2025 initial appearance, this court set the following schedule:

1) In response to the defendant's Rule 16 demand, the government has until December 4, 2025 to provide its required disclosures and has a continuing disclosure obligation throughout this case. The government and its agents are ordered to preserve rough notes and similar data compilations for possible disclosure later in this case. Pursuant to Rule 12, the government reports that it intends to use all disclosed evidence in its case-in-chief at trial.

2) Defendant must file and serve any pretrial motions and discovery requests not later than March 4, 2026. Pursuant to 18 U.S.C. § 3161(h)(7), time from the arraignment until the deadline to file pretrial motions is excluded from the speedy trial clock regardless of whether motions are filed. The ends of justice and the Sixth Amendment require that defendant and defense counsel receive adequate time to review the government's disclosures, investigate this case, then make tactical decisions whether to file motions and which motions to file. Briefs need not accompany motions. To obtain an evidentiary hearing on a motion, defendant must ask for it in the caption of each

such motion and must submit admissible facts establishing a prima facie entitlement to the relief requested.  *See U.S. v. Edgeworth*, 889 F.3d 350

3) The pretrial motion hearing and any evidentiary hearing shall be March 18, 2026 at 11:00 a.m..  The court will rule on each motion or set it for briefing in consultation with the parties.  Unless the court is taking evidence on a dispositive motion, defendant may waive his presence.

4) Deadlines to disclose expert witnesses: Government: March 20, 2026

Defendant: April 3, 2026

5) Submissions for the final pretrial conference, namely proposed voir dire questions, jury instructions and motions in limine must be filed and served not later than April 17, 2026.

6) The final hearing before the trial judge shall be April 22, 2026, at 2:30 p.m.  Defendants and trial counsel must attend this hearing.

7) Jury selection and trial shall begin April 27, 2026 at 9:00 a.m.  The predicted trial length is 1 to 2 days.  The parties are jointly responsible for alerting the clerk of court forthwith if a jury need not be called.

Entered November 20, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge