IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 25-mj-148-amb

CHRISTIAN ERAZO VALDEZ,

Defendant.

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

The United States of America, by Chadwick M. Elgersma, United States Attorney for the Western District of Wisconsin, by William M. Levins, Assistant United States Attorney for that district, hereby moves for a brief continuance of the November 9, 2026, trial date. The government contends that good cause exists and the ends of justice are served by a short continuance to ensure "the Government continuity of counsel." 18 U.S.C. § 3161(7)(b)(iv). The Seventh Circuit Court of Appeals recently scheduled oral argument in another of undersigned counsel's cases for the same day. *See United States v. Mason*, Case No. 25-2701, Dkt. 25-1 (7th Cir.). Counsel submitted his notice of unavailability in *Mason* to the Seventh Circuit almost a month before the Court scheduled the trial date in this case, and therefore, did not include November 9-10 as dates unavailable for oral argument.

*Mason* is a post-trial appeal involving multiple issues and a voluminous record. Undersigned counsel litigated multiple motions in *Mason*, first chaired[1] the trial, wrote the appellate brief, and is best situated to argue the appeal. Similarly, undersigned counsel has been the only attorney assigned to this case since charging and is best situated to conduct the jury trial. As such, the government seeks a brief continuance of the November 9 trial to ensure continuity of counsel for both cases. The defendant is out of custody and will not be prejudiced by a brief continuance. This is the government's first request for continuance, while the defendant previously moved for one, which the Court granted. *See* Dkts. 26, 27. For all these reasons, the continuance will serve the interests of justice and the time should be excluded under the Speedy Trial Act. *See* 18 U.S.C. § 3161(7)(b)(iv).

The defendant's attorney Jonathan Greenberg indicated that the defendant does not oppose this request.

Dated this 24th day of September, 2026.

Respectfully submitted,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/___________________________
WILLIAM M. LEVINS
Assistant United States Attorney

[1] Co-counsel has departed the US Attorney's Office and therefore cannot argue in undersigned counsel's place.