IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v. Case No. 25-mj-00148-amb

CHRISTIAN ERAZO VALDEZ,

Defendant.

STIPULATION

The United States of America and the defendant, Christian Erazo Valdez, agree that the documents filed in *United States v. Tejeda Murillo*, 26-mj-4-amb (W.D. Wis.) at Dkts. 27, 30, 31, and 32 are incorporated into the record in this case. Additionally, any argument or authority raised by either party during the August 21, 2026, oral argument in *Tejada Murillo* can be considered by the Court in this case.

September 30, 2026

WILLIAM M. LEVINS
Assistant United States Attorney

September 30, 2026

JONATHAN GREENBERG
ALEX VLISIDES
Attorney for the Defendant