**U.S. Department of Justice**

***United States Attorney's Office***
***Western District of Wisconsin***

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

October 5, 2026

Attorneys Alex Vlisides & Jonathan Greenberg
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703

Re: *United States of America v. Christian Erazo-Valdez*
Case No: 25-mj-148-amb

Dear Attorneys Vlisides & Greenberg:

Enclosed please find additional discovery in this case. The Bates labeling ranges from ERAZO-VALDEZ_000229 to ERAZO-VALDEZ_000242.

If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/______________________
WILLIAM M. LEVINS
Assistant United States Attorney

Enclosure